[No. 11233-7-II.  Division Two.  December 27, 1989.]

LATTIE METCALF, ET AL, *Respondents*, v. TED PAPENBROCK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-02771-7, Nile E. Aubrey, J., entered June 26, 1987. *Affirmed as modified* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 9223-2-III.  Division Three.  January 2, 1990.]

DAVID E. HENRICHS, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent.*

The unpublished opinion in this cause, which was filed on December 29, 1988, is *withdrawn* by order dated January 2, 1990.

[No. 21874-3-I.  Division One.  January 3, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL G. BECKETT, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 87-1-00291-7, Walter J. Deierlein, Jr., J., entered March 4, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Scholfield and Webster, JJ.